UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| MICHELLE GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 1:16-cv-2032 |
| vs | ) |
| | ) |
| FRANCISCAN ALLIANCE | ) |
| LONG-TERM DISABILITY | ) |
| PLAN, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY
INSURANCE BENEFITS TO PLAINTIFF**

Comes now the Plaintiff, Michelle Griffin, by counsel, Ashley D. Marks, and for

her complaint for Damages against Defendant, Franciscan Alliance Long-Term Disability

Plan (the Plan) states as follows:

**I.  Parties and Jurisdiction**

1.      That Plaintiff is a citizen of the State of Indiana residing in Marion County.

2.      That Defendant, the Plan, is a welfare benefit plan for the employees of

Franciscan Alliance, Inc., a non-profit domestic corporation doing business in the State of

Indiana.

3.      That Defendant, the Plan, provides disability insurance coverage to

participants working in the County of Marion, State of Indiana.

4.    That Franciscan Alliance, Inc. has contracted with Sedgwick to provide long term disability insurance to its qualified employees.

5.    That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

11.    That Plaintiff, Michelle Griffin, was an employee of Kendrick Rectal & Colon Center, Franciscan Alliance, Inc., 5255 E. Stop 11 Road, Suite 250, Indianapolis, Indiana 46237, where in her capacity as a referral coordinator/accounting representative, she was a participant in the Plan.

12.    That Plaintiff applied for long-term disability benefits and after a period of payments was denied continuing benefits under the aforementioned insurance policy on or about September 1, 2015.

13.    That Plaintiff administratively appealed this denial, as she suffers from numerous medical impairments that qualify her for continuing benefits under the terms of the plan.

14.    That Defendant has wrongfully refused to award Plaintiff continuing disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under her policy and the Plan.

15.    Defendant's decision denying her disability benefits was arbitrary and capricious.

16.     That as a result of Defendant's conduct, Plaintiff has been denied benefits rightfully due her under the plan and has incurred Attorney fees in order to rectify the harm done to her.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendants, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Respectfully submitted,

_/s/ Ashley D. Marks_____
Ashley D. Marks
CHARLES D. HANKEY LAW OFFICE, PC
434 E. New York Street
Indianapolis, IN  46202
(317) 634-8565
(317) 634-9818
adm@hankeylaw.com