UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Acknowledged
TWP
November 16, 2016

| | | |
|---|---|---|
| MICHELLE GRIFFIN, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:16-cv-02032-TWP-DML |
| | ) | |
| FRANCISCAN ALLIANCE LONG-TERM DISABILITY PLAN | ) ) | |
|       Defendant. | ) | |

**STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE FOR
LACK OF SUBJECT MATTER JURISDICTION**

Defendant, Franciscan Alliance Long-Term Disability Plan, by counsel, David A. Buls of Krieg DeVault LLP and Plaintiff, Michelle Griffin, by counsel, Ashley D. Marks of Charles D. Hankey Law Office, PC, for their Stipulated Motion to Dismiss Without Prejudice for Lack of Subject Matter Jurisdiction state as follows:

1. On July 29, 2016 Plaintiff filed her Complaint for Review of Final Decision Denying Disability Insurance Benefits to Plaintiff (Dkt. 1).

2. By Order dated September 22, 2016 (Dkt. 12), Defendant's response to the Complaint is due on or before October 24, 2016.

3. In the Complaint at Paragraph 2, Plaintiff alleges that "Defendant, the Plan, is a welfare benefit plan for the employees of Franciscan Alliance, Inc., a non-profit domestic corporation doing business in the State of Indiana", and at Paragraph 5, that jurisdiction over this dispute exists "pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1)".

4. Section 1003(b) of Title 29 provides that ERISA is inapplicable to "church plans" as defined by 29 U.S.C. 1002(33).

5. After discussion between counsel, the parties stipulate that: (a) Defendant *has not* voluntarily elected to be covered by ERISA; and, (b) Defendant *is* a "church," or is controlled by and/or associated with a church or a convention or association of churches within the meaning of Section 3(33) of ERISA.

6. Based upon the inapplicability of ERISA to this dispute, the parties stipulate that this cause should be dismissed without prejudice for lack of subject matter jurisdiction.

7. Both parties have reviewed and approved in writing the filing of this Stipulated Motion to Dismiss for Lack of Subject Matter Jurisdiction.

WHEREFORE, the parties stipulate to the dismissal of this cause without prejudice for lack of subject matter jurisdiction.

Respectfully submitted,

| | |
|---|---|
| /s/Ashley D. Marks | /s/ David A. Buls |
| Ashley D. Marks | David A. Buls, #17890-64 |
| Melissa Davidson | Robert A. Anderson, #15359-71 |
| CHARLES D. HANKEY LAW OFFICE, P.C. | KRIEG DEVAULT LLP |
| 434 E. New York Street | 8001 Broadway, Suite 400 |
| Indianapolis, IN 46202 | Merrillville, IN 46410 |
| (317) 634-8565 | (219) 227-6067 |
| (317) 634-9818 | dbuls@kdlegal.com |
| adm@hankeylaw.com | randerson@kdlegal.com |
| *Counsel for Plaintiff, Michelle Griffin* | *Counsel for Defendant, Franciscan Alliance Long-Term Disability Plan* |

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing Motion was filed electronically on this 15th day of November, 2016. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Melissa A. Davidson   mdavidson@hankeylawoffice.com
Ashley D. Marks adm@hankeylawoffice.com


　　　　　　　　　　　　　　　　　　　　　　　/s/  David A. Buls


KD_8451904_1.DOC